UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT PERRY, ) <br> ) <br>       Petitioner, ) <br> ) <br>     v. ) <br> ) <br> DERRAL G. ADAMS, WARDEN, ) <br> ) <br>       Respondent. ) <br>&#8203;_____) | CASE NO. CV 08-7691-AHM (PJW) <br><br> J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: June 24, 2010

**JS-6**

                                                            _____
                                                            A. HOWARD MATZ
                                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA08CV07691AHM-J.wpd